UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CELINA INSURANCE GROUP, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:22-cv-00865-JPH-TAB |
| LARRY AND CAROL YELEY FAMILY LIMITED PARTNERSHIP, LARRY E YELEY, | ) |
| Defendants. | ) |

**ORDER ON JURISDICTION**

Plaintiff, Celina Insurance Group, has filed a complaint alleging that this Court has diversity jurisdiction over this matter. Dkt. 1 at 1. For the Court to have diversity jurisdiction, the amount in controversy must exceed $75,000, exclusive of interest and costs, and the litigation must be between citizens of different states. 28 U.S.C. § 1332(a). The citizenship of a partnership is "the citizenship of every partner, limited as well as general," *Dvorak v. Granite Creek GP Flexcap I, LLC*, 908 F.3d 248, 250 (7th Cir. 2018), so parties must "work back through the ownership structure until [reaching] either individual human beings or a formal corporation with a state of incorporation and a state of principal place of business," *Baez-Sanchez v. Sessions*, 862 F.3d 638, 641 (7th Cir. 2017).

Here, Celina Insurance alleges that the parties are diverse because Defendant Larry and Carol Yeley Family Limited Partnership "is a citizen of Indiana." Dkt. 1 at 3. That is insufficient because, as an L.P., the

1

partnership's citizenship is based on the citizenship of its partners, which the notice of removal does not identify.

Counsel has an obligation to analyze subject-matter jurisdiction, *Heinen v. Northrop Grumman Corp.*, 671 F.3d 669, 670 (7th Cir. 2012), and "[a] federal court must assure itself of subject matter jurisdiction in every case," *Boim v. American Muslims for Palestine*, 9 F.4th 545, 551–52 (7th Cir. 2021).  The Court's obligation includes knowing the details of the underlying jurisdictional allegations.  *See Evergreen Square of Cudahy v. Wis. Hous. and Econ. Dev. Auth.*, 776 F.3d 463, 465 (7th Cir. 2015) ("[T]he parties' united front is irrelevant since the parties cannot confer subject-matter jurisdiction by agreement . . . and federal courts are obligated to inquire into the existence of jurisdiction *sua sponte*.").

Therefore, the Court **ORDERS** Celina Insurance to file a jurisdictional statement **by June 10, 2022**, analyzing the citizenship of the defendant partnership.

**SO ORDERED.**

Date: 5/5/2022

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Anna Muehling Mallon
PAGANELLI LAW GROUP
amallon@paganelligroup.com