UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CELINA INSURANCE GROUP,                    )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )        No. 1:22-cv-00865-JPH-TAB
                                           )
LARRY AND CAROL YELEY FAMILY               )
LIMITED PARTNERSHIP,                       )
LARRY E YELEY,                             )
                                           )
                    Defendants.            )

**FINAL DECLARATORY JUDGMENT**

Judgment is entered in favor of Celina Insurance Group and against

Defendants.

**IT IS ORDERED** that there is no coverage under Celina policies No.

7941006-0 (February 22, 2011 through February 22, 2012), No. 7941006-0

(February 22, 2012 through February 22, 2013), and No. 7941006-0 (February

22, 2013 through February 22, 2014), for any claims against Defendants

relating to the matter before the Indiana Department of Environmental

Management and Office of Environmental Adjudication under case No. 2013-

22079-Q.  Celina owes no duty to defend or indemnify the Defendants in this

matter.

Date: 10/24/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

1

Roger A.G. Sharpe, Clerk

BY: _____*Pam Pope*_____

Deputy Clerk, U.S. District Court

Distribution:

LARRY AND CAROL YELEY FAMILY LIMITED PARTNERSHIP
3641 W. State Road 234
McCordsville, IN 46055

LARRY E YELEY
3641 W. State Road 234
McCordsville, IN 46055

All electronically registered counsel.